**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25585-DRC |
| | § | |
| JUDY D. KEZIOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held on September 6, 2013, at 9:30 AM  in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/05/2013         By:   /s/ David E. Grochocinski
                                          (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-25585-DRC |
| | § | |
| JUDY D. KEZIOS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $22,017.81
*and approved disbursements of*              $341.55
*leaving a balance on hand of[1] :*          $21,676.26

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:       $0.00
Remaining balance:                           $21,676.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,951.78 | $0.00 | $2,951.78 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,972.50 | $0.00 | $1,972.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $19.70 | $0.00 | $19.70 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,078.00 | $0.00 | $1,078.00 |

Total to be paid for chapter 7 administrative expenses:    $6,021.98
Remaining balance:                                         $15,654.28

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $15,654.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $15,654.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,994.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | $7,146.26 | $0.00 | $6,994.45 |
| 2 | Portfolio Investments II LLC | $66.69 | $0.00 | $65.27 |
| 3 | Capital One Bank (USA), N.A. | $5,060.97 | $0.00 | $4,953.45 |
| 4 | Capital One Bank (USA), N.A. | $0.00 | $0.00 | $0.00 |
| 5 | Portfolio Recovery Associates, LLC | $3,720.14 | $0.00 | $3,641.11 |

| | Total to be paid to timely general unsecured claims: | $15,654.28 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
                    Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-25585-DRC
Judy D. Kezios                                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2             Date Rcvd: Aug 06, 2013
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
```
db          +Judy D. Kezios,    2201 South Grace Street,    Unit 606,    Lombard, IL 60148-5505
19563452     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19079410    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
19079411    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19079412    +Elaine S. Adams,    27 Tartan Lakes Drive,    Westmont, Illinois 60559-6159
19079413     Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
19079416    +Hsbc Bank,    HSBC Card Services / Attn: Bankruptcy De,    PO Box 5213,
              Carol Stream, IL 60197-5213
19079418    +My Crowning Glory,    27 Tartan Lakes Drive,    Westmont, IL 60559-6159
19808320    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
               US Bank NA ND (Suburban Bank & Trust Co),    by PRA Receivables Mgmt, LLC, agent,
               P.O. Box 41067,    Norfolk, VA 23541)
19079420    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19079421    +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
19079422    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    Attn: Credit Dept,    6565 Brady St.,
               Davenport, IA 52806)
19079423    +West Asset Management,    2829 Westown Pkwy,    Suite 200,    West Des Moines, IA 50266-1314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19549019     E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2013 02:34:05     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19079414    +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:29:28     Gecrb/lord & Tay,    Po Box 981400,
              El Paso, TX 79998-1400
19079419    +E-mail/Text: bnc@nordstrom.com Aug 07 2013 02:15:38     Nordstrom FSB,
              Attention: Bankruptcy Department,    PO Box 6566,    Englewood, CO 80155-6566
20354275     E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2013 02:32:32     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354276     E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2013 02:33:12
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
19079415     Gecrb/lowes Dc
19079417     Hsbc/saks
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**            **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: lhuley                Page 2 of 2                   Date Rcvd: Aug 06, 2013
                               Form ID: pdf006             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2013 at the address(es) listed below:
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
          David E Grochocinski    on behalf of Accountant Alan  Horewitch dgrochocinski@innovalaw.com, deg@trustesolutions.net
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          James K. Diamond    on behalf of Debtor Judy D. Kezios j.diamond@sbcglobal.net
          Maria  Georgopoulos    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 6

Case 12-25585   Doc 49   Filed 08/06/13   Entered 08/08/13 23:37:59   Desc Imaged
Certificate of Notice   Page 6 of 6